No. 10–7070. LITTRELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7071. MARTINEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 10–7072. GENTLES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 10–7073. FORREST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–7074. HERNANDEZ-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–7081. LADNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–7086. BLADE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7088. AVINA-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–7089. WANKO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7090. BLOCKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 09–1285. PAPPAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 09–10488. FRECHETTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–204. E. S. H. *v.* K. D. ET AL. Super. Ct. Pa. Motion of Center for Arizona Policy et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 10–205. U. S. INFORMATION SYSTEMS, INC., ET AL. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 3 ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE